**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:25-CV-21914-DPG

OSVALDO OJITO,
ROBERT CUMMINGS,
RAFAEL CRUZ-MUNOZ, and
EDUARDO BENEDETTI,

      Plaintiffs,

v.

RAYMOND GLOBAL, INC.,

      Defendant.

_____/

## JOINT SCHEDULING REPORT

Plaintiffs, OSVALDO OJITO, ROBERT CUMMINGS, RAFAEL CRUZ-MUNOZ, and

EDUARDO BENEDETTI ("Plaintiffs"), and Defendant, RAYMOND GLOBAL, INC.

("Defendant") (collectively the "Parties") by and through their respective undersigned counsel,

hereby file this Joint Scheduling Report and accompanying Joint Proposed Scheduling Order

pursuant to Rule 16.1(b)(2) of the Local Rules for the Southern District of Florida, and this Court's

*Paperless Order Requiring Joint Scheduling Report and Proposed Scheduling Order [ECF No.*

*7]*, and in support thereof state as follows:

      **A.**      **The Likelihood of Settlement**

The Parties currently are unable to ascertain the likelihood of settlement.  The Parties,

however, will discuss settlement and agree to continuously explore the possibility of settlement as

the case proceeds.

      **B.**      **The Likelihood of Appearance of Additional Parties**

Currently, the Parties do not anticipate the appearance of additional parties in this action.

**C.**     **Proposed Limits on Time**

    (i)     To join other parties and to amend the pleadings:
The parties propose a cutoff date of **July 28, 2025,** to join other parties and to amend the pleadings.

    (ii)    To file and hear motions:
The parties propose a cutoff date of **June 15, 2026,** to file all summary judgment, *Daubert*, and other dispositive motions.

The Parties propose a cutoff date of **August 17, 2026,** to file all other pretrial motions and memoranda of law.

    (iii)   To complete discovery:
The Parties propose a cutoff date of **May 11, 2026,** to complete all discovery, including expert discovery.

**D.**     **Proposals for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims or Defenses, and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment**

At this time, the Parties do not have any proposals for the simplification of issues.  Prior to the pretrial conference, counsel will discuss proposals for the formulation and simplification of issues. The parties will endeavor to streamline the case to the fullest extent possible.

At this time, the Parties cannot anticipate whether they will file motions for summary judgment or partial summary judgment.

**E.**     **Necessity or Desirability of Amendments to the Pleadings**

The Parties do not anticipate filing any amendments to the pleadings but reserve the right to seek to amend the pleadings, pending further discovery.

**F.**     **Possibility of Obtaining Admissions of Fact and of Documents, Electronically Stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Stored Information or Things, and the Need for Advance Rulings from the Court on Admissibility of Evidence**

None at this time. Should it become necessary, counsel will meet following the applicable discovery cut-off date, and before the pretrial conference, to discuss stipulations regarding the authenticity of documents and ESI and the need for advance rulings from the Court on the admissibility of evidence.

**G.    Suggestions for the Avoidance of Cumulative Evidence and Unnecessary Proof**

None at this time.  The Parties will meet to discuss this issue prior to the discovery cut-off date.

**H.    Referring Matters to a Magistrate Judge or Master**

The Parties do not agree to the referral of matters other than those discovery-related to the magistrate judge assigned to this case.

**I.    Preliminary Estimate of the Time Required for Trial**

The Parties estimate that this trial will take 4-5 days.  The parties will endeavor to provide a more accurate estimate of trial as the trial period approaches.

**J.    Requested Dates for Conferences Before Trial, Final Pretrial Conference, and Trial**

The Parties request that the final pretrial conference be held on or about **August 12, 2026,** and that trial in this matter be set for on or after **October 19, 2026**.

**K.    Any Issue About: (I) Disclosure, Discovery, or Preservation of Electronically Stored Information, Including the Form or Forms in Which It Should be Produced; (II) Claims of Privilege or of Protection as Trial Preparation Materials, Including – if the Parties Agree on a Procedure to Assert Those Claims After Production – Whether to Ask the Court to Include Their Agreement in An Order Under Federal Rule of Evidence 502; and (III) When**

**the Parties Have Agreed to Use the ESI Checklist Available on the Court's Website, Matter Enumerated on the ESI Checklist**

The Parties agree that all electronically stored information ("ESI") shall be produced in searchable PDF format, unless another format (e.g., native format) is specified in the request, pursuant to Federal Rule of Civil Procedure 34(b)(1)(C), in which case the ESI shall be produced in the format requested unless objected to under Federal Rule of Civil Procedure 34(b)(2)(D).  The Parties will preserve a true and correct copy of any and all electronically stored data that is responsive to either party's discovery requests. The Parties further agree to take reasonable steps to preserve electronically stored information related to the claims alleged in this case.

**L.      Any Other Information That Might be Helpful to the Court in Setting the Case for Status or Pretrial Conference**

At this time, the Parties are unaware of any other information that might be helpful to the Court in setting the case for status of pretrial conference.

Dated:  June 17, 2025.


By: /s/ Ely Gonzalez
    Ely Gonzalez, Esq.
    Fla. Bar No. 0055879
    elygonzalez@eglawpa.com
    info@eglawpa.com
    LAW OFFICE OF ELY GONZALEZ, P.A.
    2125 Biscayne Blvd. Suite 346
    Miami, Florida 33137
    Tel: (305) 645-8971
    *Attorney for Plaintiffs*

By:      /s/ Diane P. Perez
    Diane P. Perez, B.C.S.
    Fla. Bar No. 41869
    diane@dianeperezlaw.com
    Diane Perez, P.A.
    1108 Ponce de Leon Blvd.
    Coral Gables, Florida 33134
    Telephone: (305) 985-5676
    *Attorney for Defendant*