**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:25-CV-21914-DPG

OSVALDO OJITO,
ROBERT CUMMINGS,
RAFAEL CRUZ-MUNOZ, and
EDUARDO BENEDETTI,

      Plaintiffs,

v.

RAYMOND GLOBAL, INC.,

      Defendant.

_____/

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

      **THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **October 19, 2026**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, October 14, 2026**. A **Status Conference** will be held at **10:00 a.m. on Wednesday, August 12, 2026**. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motions to amend the complaint by     **07/25/2025**

2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by     **03/09/2026**

3. Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by     **04/06/2026**

4. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by     **04/20/2026**

5. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by     **03/02/2026**

6. Fact discovery shall be conducted by | **05/11/2026**

7. Expert discovery shall be completed by | **05/11/2026**

8. Dispositive motions, including those regarding summary judgment and *Daubert,* shall be filed by | **06/15/2026**

9.  Mediation shall be completed by | **07/13/2026**

10. All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **08/17/2026**

11. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **09/14/2026**


By: /s/ Ely Gonzalez
   Ely Gonzalez, Esq.
   Fla. Bar No. 0055879
   elygonzalez@eglawpa.com
   info@eglawpa.com
   LAW OFFICE OF ELY GONZALEZ, P.A.
   2125 Biscayne Blvd. Suite 346
   Miami, Florida 33137
   Tel: (305) 645-8971
   *Attorney for Plaintiffs*

By:   /s/ Diane P. Perez
   Diane P. Perez, B.C.S.
   Fla. Bar No. 41869
   diane@dianeperezlaw.com
   Diane Perez, P.A.
   1108 Ponce de Leon Blvd.
   Coral Gables, Florida 33134
   Telephone: (305) 985-5676
   *Attorney for Defendant*