**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:25-CV-21914-DPG

OSVALDO OJITO,
ROBERT CUMMINGS,
RAFAEL CRUZ-MUNOZ, and
EDUARDO BENEDETTI,

      Plaintiffs,

v.

RAYMOND GLOBAL, INC.,

      Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to S.D. Fla. L.R. 11.1(d)(3) and R. Regulating Fla. Bar 4-1.16, Ely Gonzalez, Esq and the Law Office of Ely Gonzalez, P.A. (collectively "EG") move to withdraw as counsel for Plaintiffs, OSVALDO OJITO, ROBERT CUMMINGS, RAFAEL CRUZ-MUNOZ, and EDUARDO BENEDETTI ("PLAINTIFFS"), and to be relieved of any further responsibility for the handling of this case, and in support state:

1. Irreconcilable differences have arisen between EG and PLAINTIFFS regarding the course of litigation which necessitates EG's withdrawal from representation of PLAINTIFFS.

2. Due to this conflict, the undersigned will be unable to continue effectively and property representing PLAINTIFFS in this action.

3. Accordingly, EG seeks to withdraw as counsel of record in this matter and to be relieved of any further responsibility in this matter on behalf of PLAINTIFFS.

4. EG's withdrawal will not interfere with the orderly function of this Court as discovery is still on-going in this matter.

5.      PLAINTIFFS are aware and understand that it will be necessary for them to retain new counsel, or proceed pro se, within a certain time of entry of the Order on this Motion.

6.      All future pleadings, motions, orders, judgments, discovery, and other papers filed in this matter should be sent to PLAINTIFFS as follows:

   a.  OSVALDO OJITO

      i.  **EMAIL ADDRESS**:      oaojito@ojito.com
      ii.  **MAILING ADDRESS**:   11952 SW 134 Court
                                 Miami Florida 33186

   b.  ROBERT CUMMINGS**:**

      i.  **EMAIL ADDRESS**:      neeceguy@yahoo.com
      ii.  **MAILING ADDRESS**:   3029 SE 4th Drive
                                 Homestead, Florida 33033

   c.  RAFAEL CRUZ-MUNOZ:

      i.  **EMAIL ADDRESS**:      arquitek@comcast.net
      ii.  **MAILING ADDRESS**:   11719 SW 103rd Lane
                                 Miami, Florida 33186

   d.  EDUARDO BENEDETTI

      i.  **EMAIL ADDRESS**:      perimir@gmail.com
      ii.  **MAILING ADDRESS**:   1225 Milan Avenue
                                 Coral Gables, Florida 33134

7.      This Motion is filed in good faith and not for the purpose of delay.

WHEREFORE, EG respectfully requests that the Court enter an order granting this Motion and relieving EG of any further responsibility in this action, and granting such other relief as the Court deems just and proper.

**CERTIFICATE OF COMPLIANCE WITH S.D. Fla. L.R. 7.1(a)(2)**

The undersigned certifies that he conferred separately with PLAINTIFFS and Counsel for Defendant on October 15, 2025, and was advised that neither party objects to the relief requested. Counsel for Defendant requests that the Court order the PLAINTIFFS to seek new counsel within fourteen (14) days of the entry of the Order on this Motion given that there is a scheduling order in place.

Respectfully submitted,

BY:  */s/ Ely Gonzalez*
ELY GONZALEZ, ESQ.
Fla. Bar No.:  0055879
**LAW OFFICE OF ELY GONZALEZ, P.A.**
2125 Biscayne Blvd, Suite 346
Miami, Florida 33137
Telephone: (305) 645-8971
Primary email: elygonzalez@eglawpa.com
Secondary email: info@eglawpa.co

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2025, a true and correct copy of the foregoing was served on Counsel for Defendant by filing it with the Clerk of Court using the CM/ECF filing system and on Plaintiffs at oaojito@ojito.com, neeceguy@yahoo.com, arquitek@comcast.net, and perimir@gmail.com.

BY:  */s/ Ely Gonzalez*
ELY GONZALEZ, ESQ.

3