**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-CV-21914-DPG**

**OSVALDO OJITO**, *et al.*,

    Plaintiffs,

v.

**RAYMOND GLOBAL, INC.**,

    Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW**
**AS COUNSEL FOR PLAINTIFFS**

**THIS CAUSE** comes before the Court upon Ely Gonzalez, Esq. and the Law Office of Ely Gonzalez, P.A.'s Motion to Withdraw as Counsel for Plaintiffs ("Motion to Withdraw"). [ECF No. 13]. After careful consideration, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Motion to Withdraw is **GRANTED**. [ECF No. 13].

    2.    Ely Gonzalez, Esq. and the Law Office of Ely Gonzalez, P.A., are relieved of any further responsibility as counsel for Plaintiffs, OSVALDO OJITO, ROBERT CUMMINGS, RAFAEL CRUZ-MUNOZ, and EDUARDO BENEDETTI. Counsel shall, first, send a copy of this Order to Plaintiffs and file a certificate of service with the Clerk.

    3.    Unless and until Plaintiffs obtain new counsel, all future pleadings, motions, orders, judgments, discovery, and other papers filed in this matter should be sent to Plaintiffs as follows:

        a.  OSVALDO OJITO

            i.  EMAIL ADDRESS:    oaojito@ojito.com

            ii.  MAILING ADDRESS:  11952 SW 134 Court
                                                  Miami, Florida 33186

b.  ROBERT CUMMINGS:

   i.  EMAIL ADDRESS:   neeceguy@yahoo.com

   ii. MAILING ADDRESS: 3029 SE 4th Drive
                        Homestead, Florida 33033

c.  RAFAEL CRUZ-MUNOZ:

   i.  EMAIL ADDRESS:   arquitek@comcast.net

   ii. MAILING ADDRESS: 11719 SW 103rd Lane
                        Miami, Florida 33186

d.  EDUARDO BENEDETTI

   i.  EMAIL ADDRESS:   perimir@gmail.com

   ii. MAILING ADDRESS: 1225 Milan Avenue
                        Coral Gables, Florida 33134

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of October, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record