UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-CV-21914-DPG

OSVALDO OJITO,
ROBERT CUMMINGS,
RAFAEL CRUZ-MUNOZ, and
EDUARDO BENEDETTI,

        Plaintiff,

v.

RAYMOND GLOBAL, INC.,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

**THIS MATTER** is before the Court on Defendant's Motion to Compel Plaintiffs' Responses to Defendant's First Set of Interrogatories and Request for Production. The Court having reviewed the Motion and the record, and being otherwise fully advised, hereby ORDERS AND ADJUDGES as follows:

1. Defendant's Motion to Compel is Granted.

2. Plaintiffs shall serve written responses to Defendant's First Set of Interrogatories and Requests for Production within fourteen (14) days of this Order.

3. Plaintiffs are reminded that, although they are proceeding without counsel, they are required to comply with the Federal Rules of Civil Procedure and the Southern District of Florida Local Rules.

4. Failure to comply with this Order may result in further appropriate action.

**DONE AND ORDERED** in Chambers at _____, Florida, this \_\_\_\_ day of _____, 2026.

_____
United States Magistrate Judge

Copies furnished:

All counsel of record