OF THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:25-CV-21914-DPG

OSVALDO OJITO,
ROBERT CUMMINGS,
RAFAEL CRUZ-MUNOZ, and
EDUARDO BENEDETTI,

    Plaintiffs,

v.

RAYMOND GLOBAL, INC.   /

## STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF OSVALDO OJITO'S CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that Plaintiff OSVALDO OJITO's claims against RAYMOND GLOBAL, INC., are voluntarily dismissed with prejudice, each side bearing their own attorneys fees and costs, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully Submitted,

February 11, 2026

/s/_____
OSVALDO OJITO, *pro se*

/s/_____
RAYMOND GLOBAL, INC

/s/_____
ROBERT CUMMINGS, *pro se*