UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-CV-21914-DPG

OSVALDO OJITO,
ROBERT CUMMINGS,
RAFAEL CRUZ-MUNOZ, and
EDUARDO BENEDETTI,

      Plaintiff,

v.

RAYMOND GLOBAL, INC.,

      Defendant.

_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, Plaintiff, EDUARDO BENEDETTI ("Plaintiff") and Defendant, RAYMOND GLOBAL, INC. ("Defendant"), by and through undersigned counsel, hereby STIPULATE AND AGREE that this matter has been settled and this action should be dismissed with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the parties' Confidential Settlement Agreement and General Release (the "Settlement Agreement").

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted this 24 day of March 2026.

| By:  /s/ Eduardo Benedetti | By: /s/ Diane P. Perez |
|---|---|
| 1225 Milan Ave. | Diane P. Perez, Esq., B.C.S. (41869) |
| Coral Gables, FL 33134 | **DIANE PEREZ, P.A.** |
| E-mail: perimir@gmail.com | 100 Almeria Ave, Suite No. 201 |
| *Pro Se Plaintiff* | Coral Gables, Florida 33134 |
|  | Telephone: (305) 985-5676 |
|  | E-mail: diane@dianeperezlaw.com |
|  | *Attorney for Defendant* |