UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-CV-21914-DPG

OSVALDO OJITO,
ROBERT CUMMINGS,
RAFAEL CRUZ-MUNOZ, and
EDUARDO BENEDETTI,

      Plaintiff,

v.

RAYMOND GLOBAL, INC.,

      Defendant.

_____/

## <u>ORDER DISMISSING CASE WITH PREJUDICE</u>

**THIS CAUSE,** having come before the Court on the Parties' Joint Stipulation of Final

Dismissal with Prejudice, and the Court having considered the same and being otherwise fully

advised, it is hereby:

**ORDERED AND ADJUDGED** that:

Plaintiff Eduardo Benedetti's claims against RAYMOND GLOBAL, INC. are hereby

**DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers in _____, Florida this ____ day of

_____, 2026.

_____
THE HONORABLE DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF