**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:25-CV-21914-DPG

OSVALDO OJITO, ROBERT CUMMINGS,
RAFAEL CRUZ-MUNOZ, and EDUARDO
BENEDETTI,

                                    Plaintiffs,

v.

RAYMOND GLOBAL, INC.,

                                    Defendant.

**STIPULATION WITHDRAWING COUNT II – FLORIDA WHISTLEBLOWER ACT**
**BY CRUZ-MUNOZ**

Plaintiff Rafael Cruz-Munoz, by and through his attorneys, Berenthal & Associates, P.C.,

and Defendant, Raymond Global, Inc. by and through its attorneys, Diane Perez, P.A. hereby

stipulate and agree that Plaintiff Rafael Cruz-Munoz's Count II of the Complaint entitled Florida

Whistleblower Act, found at paragraphs 136-141 of the Complaint, is withdrawn with prejudice

and without attorney's fee or costs to either party.

**BERENTHAL & ASSOCIATES**
Attorneys for Rafael Cruz-Munoz

By:_____
James L. Berenthal, Esq.
Florida Bar No. 126035
E-mail: jlb@berenthalaw.com
Berenthal & Associates
45 East 72nd Street, Suite 5C
New York, NY 10021
Telephone: (212) 302-9494

**DIANE PEREZ, P.A.**


By:_/Diane P. Perez_____
Diane P. Perez, Esq. (41869)
E-mail: diane@dianeperezlaw.com
DIANE PEREZ, P.A.
1108 Ponce de Leon Blvd.
Coral Gables, Florida 33134
Telephone: (305) 985.5676
Attorney for Defendant