**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-CV-21914-DPG**

OSVALDO OJITO, ROBERT CUMMINGS, RAFAEL CRUZ-MUNOZ, and EDUARDO BENEDETTI,

Plaintiffs,

v.

RAYMOND GLOBAL, INC.,

Defendant.

**ORDER**

**THIS CAUSE** comes before the Court upon Plaintiff's Unopposed Second Motion for an Extension of Time to Comply With Amended Scheduling Order. [ECF No. 48]. The Court has reviewed the Motion, the record, and is otherwise fully advised. For good cause shown, Plaintiff's Unopposed Second Motion for an Extension of Time [ECF No. 48] is **GRANTED**.

The Court's scheduling order is hereby modified as follows:

1. Disclosure of experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) are due on Tuesday October 6, 2026.

2. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) are due on Tuesday, October 20, 2026.

3. Fact discovery shall be completed by Wednesday, November 11, 2026.

4. Expert discovery shall be completed by Wednesday, November 11, 2026.

5. Dispositive motions, including motions for summary judgment, and Daubert motions, shall be filed by Tuesday, December 15, 2026.

6. Mediation shall be completed by Wednesday, January 13, 2027.

7. Pretrial motions and memoranda of law, including motions in limine, shall be filed by February 17, 2027.

8. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form shall be filed by Monday, March 15, 2027.

9. A telephonic status conference is scheduled for 10:00 am on Wednesday, February 3, 2027.

10. The Telephonic Calendar call is scheduled for 9:30am on Wednesday, April 14, 2027; and

11. The action is scheduled to be placed on the trial calendar starting Monday, April 19, 2027.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of July, 2026

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE