UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORDA
MIAMI DIVISION

CASE NO. 1:25-cv-21914-DPG

OSVALDO OJITO,
ROBERT CUMMINGS,
RAFAEL CRUZ-MUNOZ, and
EDUARDO BENEDETTI,

Plaintiff,

v.

RAYMOND GLOBAL, INC.,

Defendant.
_________________________________/

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER FOLLOWING DISCOVERY HEARING [ECF NO. 61]**

Defendant, RAYMOND GLOBAL, INC. ("Defendant"), by and through the undersigned counsel, hereby files this Motion for Extension of Time to Comply with the Court's Order Following Discovery Hearing [ECF No. 61], and in support thereof, states as follows:

1. Pursuant to the Court's Order Following Discovery Hearing [ECF No. 61], and the Court's Paperless Order granting Plaintiff's Motion to Extend the Deadlines Set Forth in the Court's August 21, 2026 Order [ECF No. 62], Defendant is required to: (1) respond to Plaintiff's Amended Requests for Production; (2) produce responsive documents; and (3) answer Plaintiff's First Set of Interrogatories by September 23, 2026.

2. Plaintiff's Amended Requests for Production and First Set of Interrogatories were served on September 11, 2026.

3. Due to counsel's existing professional obligations and other pending deadlines at the time and after their service, including work on a case scheduled to begin trial in the next several weeks, counsel for Defendant requires additional time to gather and review responsive documents and information and to prepare complete responses and objections thereto.

4. Further, counsel for Defendant has learned that Defendant also needs additional time to gather information and responsive documents, which counsel for Defendant needs in order to comply with the Court's Order. Because the federal fiscal year ends on September 30, and Defendant is a federal contractor, this is one of the busiest times of year for Defendant.

5. Therefore, Defendant requests a week from the close of the federal fiscal year – or until October 7, 2026 - to prepare and serve responses and responsive documents to Plaintiff's Amended Requests for Production and requests until September 25, 2026 to answer Plaintiff's First Set of Interrogatories.

6. Counsel for Defendant conferred with counsel for Plaintiff, who has no objection to an extension until September 25, 2026. After that conferral, counsel for Defendant learned of Defendant's need for additional time given the end of the federal fiscal year. Defendant again conferred with counsel for Plaintiff about an extension until October 7, 2026 but has not received a response as of the time of the filing of this Motion.

7. Counsel for the Defendant certifies that the relief requested herein is sought in good faith and not for the purpose of delay or any other dilatory purpose.

WHEREFORE, Defendant, RAYMOND GLOBAL, INC., respectfully requests that this Court grant this Motion and enter an Order granting the requested extension of time within which to serve responses and responsive documents to Plaintiff's Amended Requests for Production

(until October 7, 2026) and to answer Plaintiff's First Set of Interrogatories (until September 25, 2026), and for any further relief the Court deems just and proper.

Respectfully submitted this 23rd of September 2026.

By: /s/ Diane P. Perez
Diane P. Perez, B.C.S.
Florida Bar No. 41869
E-mail: *diane@dianeperezlaw.com*
**DIANE PEREZ, P.A.**
100 Almeria Avenue, Suite 201
Coral Gables, Florida 33134
Telephone: (305) 985-5676
*Counsel for Defendant*

## CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), counsel for Defendant has conferred with counsel for Plaintiff, who does not oppose an extension until September 25, 2026 but who has not responded to the extension request until October 7, 2026.

By: /s/ Diane P. Perez
Diane P. Perez, B.C.S. (41869)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served this 23rd day of September 2026, on all counsel of record on the Service List below.

*/s/ Diane P. Perez*
Diane P. Perez, B.C.S. (41869)

**SERVICE LIST**
James L. Berenthal, Esq. (126035)
E-mail: jlb@berenthalaw.com
David Berenthal, Esq. (159220)
E-mail: dwb@berenthalaw.com
**BERENTHAL & ASSOCIATES**
2100 Ponce de Leon Boulevard, Mezzanine
Coral Gables, FL 33134-5207
Telephone: (212) 302-9494
*Counsel for Plaintiff*