**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-CV-21914-DPG**

OSVALDO OJITO, ROBERT CUMMINGS, RAFAEL CRUZ-MUNOZ, and EDUARDO BENEDETTI,

Plaintiffs,

v.

RAYMOND GLOBAL, INC.,

Defendant.

**ORDER**

**THIS CAUSE** comes before the Court upon Plaintiff's Partially Unopposed Third Motion for an Extension of Time to Comply with Amended Scheduling Order. [ECF No. 65]. The Court has reviewed the Motion, the record, and is otherwise fully advised. For good cause shown, Plaintiff's Partially Unopposed Third Motion for an Extension of Time to Comply with Amended Scheduling Order [ECF No. 65] is **GRANTED IN PART**.

The Court's scheduling order is hereby modified as follows:

1. Disclosure of experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) are due on Wednesday, January 6, 2027.

2. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) are due on Wednesday, January 20, 2027.

3. Fact discovery shall be completed by Thursday, February 11, 2027.

4. Expert discovery shall be completed by Thursday, February 11, 2027.

5. Dispositive motions, including motions for summary judgment, and Daubert motions, shall be filed by Monday, March 15, 2027.

6. Mediation shall be completed by Tuesday, April 13, 2027.

7. Pretrial motions and memoranda of law, including motions in limine, shall be filed by Monday, May 17, 2027.

8. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form shall be filed by Tuesday, June 15, 2027.

9. A telephonic status conference is scheduled for 10:00 am on Wednesday, May 5, 2027.

10. The Telephonic Calendar call is scheduled for 9:30am on Wednesday, July 7, 2027; and

11. The action is scheduled to be placed on the trial calendar starting Monday, July 12, 2027.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of October, 2026

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE